ANTHONY GALIOTO ET AL., RESPONDENTS, v. ERIE RAIL-
ROAD COMPANY, APPELLANT.

Submitted May 29, 1930—Decided February 2, 1931.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHIEF JUSTICE, TRENCHARD, CAMP-
BELL, LLOYD, CASE, DALY, DONGES, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, JJ. 12.

*For reversal*—None.